# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE, ARRAIGNMENT & PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 0:25-cr-00228-LMP (1) |
| RONNIE WILLIAMS a/k/a Michael Gibson, Defendant. | Date: 7/8/2025 |
| | Court Reporter: Lynne Krenz |
| | Courthouse: St. Paul |
| | Courtroom: 3A |
| | Time Commenced: 10:03 AM |
| | Time Concluded: 11:06 AM |
| | Time in Court: 1 Hour, 3 minutes |

Before Laura M. Provinzino, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
   For Plaintiff: Harry Jacobs, Assistant United States Attorney
   For Defendant: Christopher Keyser, Retained

PROCEEDINGS:

   [x] **INITIAL APPEARANCE and ARRAIGNMENT:**
      [x] Reading of Information Waived
   [x] **WAIVER OF INDICTMENT**
   [x] **PLEA:**
      [x] Guilty as to Count 1 of Felony Information.
   [x] Presentence Investigation and Report requested.
   [x] Defendant released on Conditions - See Order Setting Conditions of Release and Appearance Bond.
   [x] Sentencing to be scheduled at a later date.

s/T. Campbell<br>
Courtroom Deputy